UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov



FILED-USBC, FLS-MIA
'24 NOV 25 AM 9:21
Fee not
pd.

| | |
|---|---|
| In re: | Chapter 11 |
| FF FUND I, L.P., | Case No. 19-22744-BKC-LMI |
| F5 BUSINESS INVESTMENT PARTNERS, LLC, | Case No. 20-10996-BKC-LMI |
| Debtors. | (Jointly Administered Under Case No. 19-22744-BKC-LMI) |

_____/

**NOTICE OF APPEAL AND STATEMENT OF ELECTION
BASED ON FED. R. BANK. P. 8002(A)(3) ON ORDERS [ECF # 863, 871]
(IN DISTRICT APPEAL CASE NO. 24-CV-24454-KMW)**

I, Andrew Franzone IRA No. 110, [see ECF # 3, page 3] do not have counsel in this action (the "Bankruptcy Proceeding"), [see ECF # 817].

I respectfully file this notice of appeal based on Fed. R. Bank. P. 8002(a)(3) for orders ECF # 863, 871 based on the info that is part of Official Form 417A (12/23) within 14 days after another notice of appeal was filed on November 8, 2024, [see ECF # 876] by separate party Andrew Franzone IRA No. 38, [see ECF # 3, page 2; also see ECF # 819].

The name of the 1 appellant (the "Appellant") in this appeal is the following:

(1) Andrew Franzone IRA No. 110, both individually and derivatively on behalf of the FF Fund Liquidating Trust and the F5 Liquidating Trust, a Class B Beneficial Interest in the Bankruptcy Proceeding, with address of 260 Madison Avenue, 22nd Floor, New York, NY 10016, *pro se*.

The subject of the appeal is the following 2 appealable orders, including:

(1) ECF # 863, Order on Sealed Document, which was entered on the docket in the Bankruptcy Proceeding on October 25, 2024; and

(2) ECF # 871, Order on Objection and Request for Information on the Sealing Procedures, which was

entered on the docket in the Bankruptcy Proceeding on November 6, 2024.

The names of the 8 appellees (the "Appellees) in this appeal are the following:

(1) Soneet Kapila, in the capacity of Liquidating Trustee of the FF Fund Liquidating Trust and the F5 Liquidating Trust, with counsel Paul Battista of Venable LLP, with address of 801 Brickell Avenue, Suite 1500, Miami, FL 33131; and

(2) KapilaMukamal LLP, with counsel Paul Battista of Venable LLP, with address of 801 Brickell Avenue, Suite 1500, Miami, FL 33131; and

(3) Venable LLP, with counsel Paul Battista of Venable LLP, with address of 801 Brickell Avenue, Suite 1500, Miami, FL 33131; and

(4) Gregory Hersch, with counsel Brad Axelrod of Wollmuth Maher & Deutsch LLP, with address of 500 Fifth Avenue, New York, NY 10110; and

(5) Dennis Hersch Estate, f/k/a Dennis Hersch, with counsel Brad Axelrod of Wollmuth Maher & Deutsch LLP, with address of 500 Fifth Avenue, New York, NY 10110; and

(6) The Linden West Trust, with counsel Brad Axelrod of Wollmuth Maher & Deutsch LLP, with address of 500 Fifth Avenue, New York, NY 10110; and

(7) Wollmuth Maher & Deutsch LLP, with counsel Brad Axelrod of Wollmuth Maher & Deutsch LLP, with address of 500 Fifth Avenue, New York, NY 10110; and

(8) CoreWeave Inc., with counsel Kristen McVeety, with address of 101 Eisenhower Parkway, Suite 106, Roseland, NJ 07068.

Appellant elects to have the appeal heard by the United States District Court rather than by the Bankruptcy Appeal Panel.

Respectfully,

_____
Andrew Franzone IRA No. 110, both individually and derivatively on behalf of the FF Fund Liquidating Trust and the F5 Liquidating Trust
*Pro Se*
260 Madison Avenue, 22nd Floor
New York, NY 10016



ORDERED in the Southern District of Florida on November 5, 2024.

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| FF FUND I, L.P., | Case No. 19-22744-BKC-LMI |
| F5 BUSINESS INVESTMENT PARTNERS, LLC, | Case No. 20-10996-BKC-LMI |
| Debtors. | (Jointly Administered Under Case No. 19-22744-BKC-LMI) |
| _____/ | |

### ORDER ON OBJECTION AND REQUEST FOR INFORMATION ON THE SEALING PROCEDURES

This matter came before the Court upon the *Objection and Request for Information on the Sealing Procedures [ECF # 624-637, 826-835, 838-864, 866-867] Based on 11 U.S.C. § 107(B) and Fed. R. Bank. P. 9018 and Local Rule 5005-1(A)(4)* (ECF #868) (the "Motion") filed by Andrew Franzone on November 4, 2024.[1] The Court has reviewed the Motion and has attempted to understand the relief requested. It appears that the Motion addresses two sets of sealed filings:

---

[1] The Court has determined that a hearing on the Motion is not necessary.

one set filed/entered in November 2023 (identified in the Motion as ECF ##624-637)[2] and then a second set filed/entered in October 2024 (identified in the Motion as ECF ##826-835, 838-864, 866-867).

The first set of filings relates to the pending CoreWeave Appeal (as defined in the Motion) and this Court does not have jurisdiction to address anything relating to those filings. Similarly, the second set of filings appear to relate to two other pending appeals: the Sealed Appeal (as defined in the Motion) and Remote Zoom Appeal (as defined in the Motion). To the extent Mr. Franzone is seeking relief from this Court's orders authorizing the sealing of documents, the pending Sealed Appeal and Remote Zoom Appeal removed the mandate of those orders from this Court's jurisdiction and so this Court does not have jurisdiction to consider the relief requested.

Accordingly, it is **ORDERED** as follows:

1. The Motion (ECF #868) is **DENIED**.

# # #

Copies furnished to:
Andrew Franzone

*The Clerk of Court shall serve a copy of this order upon all interested parties who do not receive service by CM/ECF.*

---

[2] This set of sealed filings have since been unsealed.

2